UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADOLFO DIAZ,

                Petitioner,

-v-

UNITED STATES OF AMERICA,

                Respondent.

No. 20-cv-232 (RJS)
No. 16-cr-719-5 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Petitioner Adolfo Diaz's motion to vacate his § 924(c) conviction pursuant to 28 U.S.C. § 2255. Accordingly, IT IS HEREBY ORDERED THAT (1) the United States Attorney for the Southern District of New York shall answer or otherwise respond to the motion, and shall include transcripts of any relevant proceedings not already contained in the record, no later than March 17, 2020; and (2) Petitioner shall file a reply no later than May 6, 2020. The Clerk of Court is respectfully directed to serve copies of this order, the motion, and any other papers in support thereof, by certified mail upon the United States Attorney for the Southern District of New York.

SO ORDERED.

Dated:    January 27, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation