Adolfo Diaz
Reg # 78156-054
USP Allenwood
Box 3000
White Deer Pa 17887

March 21, 2022

Re: USA v. Diaz, # 16 cr. 719 (RJS)

Dear clerk,

Enclosed are copies of the exhibits for my recently filed motion for compassionate release or a reduction of sentences under 18 USC § 3582(c). Please included these exhibits with my Motion and forward the same to the Judge.

Thank you for your assistance in this Matter.

RESPECTFULLY SUBMITTED

Adolfo Diaz

Adolfo Diaz

Adolfo Diaz
# 78156-054
U.S. Penitentiary Allenwood
P.O. Box 3000
whitedeer PA 17887

cc. AUSA ELI J. Mark
One St. Andrew's Plaza
New York New York 10007

# Office of the State Superintendent of Education

This Certifies That

## ADOLFO DIAZ

having satisfactorily completed the Tests of General Educational Development
with scores comparable to those of high school graduates,
is hereby awarded this

## High School Equivalency Credential

and is entitled to all the Rights and Privileges appertaining thereto.
In witness whereof our names are hereto affixed, this the
19 Day of November 2021

Christina Grant, Ed.D.
Acting State Superintendent of Education

Antoinette S. Mitchell, Ph.D.
Assistant Superintendent
Postsecondary and Career Education

Philip L. PremDas
GED Administrator



District of Columbia
Office of the State
Superintendent of Education

GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR



# OFFICIAL GED® TRANSCRIPT

TESTING SERVICE™

VERIFIED OFFICIAL GED® TRANSCRIPT IN PDF FORMAT ONLY

Issued under the auspices of GED Testing Service as of **11/19/2021**

Martin D. Kehe
Martin Kehe
Vice President, Assessment Services

## CANDIDATE INFORMATION

**LAST NAME:** DIAZ

**ADDRESS:** PO Box 3500

**CITY:** White Deer

**ID NUMBER:** 20200423-8543-0102

**TESTING JURISDICTION:** Federal Bureau of Prisons

**FIRST NAME:** ADOLFO

**ADDRESS2:**

**STATE:** PA

**DATE OF BIRTH:** 01/08/1991

**PASS DATE:** 11/19/2021

**MIDDLE:**

**POSTAL CODE:** 17887

**COUNTRY:** US

**PHONE:** 5705470963

## TEST RESULTS

Click on a test subject area or performance level for more detailed information

| | LANGUAGE | DATE | SCORE* | PERFORMANCE LEVEL | STATUS | PERCENTILE RANK |
|---|---|---|---|---|---|---|
| Reasoning Through Language Arts | English | 01/14/2021 | 148 | GED® | PASS | 24 |
| Social Studies | English | 03/09/2021 | 157 | GED® | PASS | 49 |
| Mathematical Reasoning | English | 11/19/2021 | 153 | GED® | PASS | 43 |
| Science | English | 07/22/2021 | 146 | GED® | PASS | 17 |
| | | TOTAL | 604 | | OVERALL | |
| | | | | | PASS | |

## Order Additional transcripts from www.GED.com

To learn more about score scales and content descriptions please visit www.GED.com/life_after_ged/

Official transcript issued under the auspices of GED Testing Service.
GED® and GED Testing Service® are registered trademark of the American Council on Education.
They may not be used or reproduced without the express written permission of ACE or GED Testing Service.
The GED® and GED Testing Service® brands are administered by GED Testing Service LLC under license from the American Council on Education.
Copyright ©2020 GED Testing Service LLC. All rights reserved.

# CERTIFICATE OF ACHIEVEMENT

Diaz, Adolfo (78156-054)

[Name]

In recognition of completing the Traumatic Stress & Resilience in the Federal Bureau of Prisons.

March 7, 2022

[Date]

S. Camp, PsyD

Deputy Chief

S. Antonucci, PhD

Counselor



This Certificate of Completion

is hereby given to

ADOLFO DIAZ

on this date

APRIL 7, 2021

For the completion of the ACE

Course

SELF AWARENESS

Presented by

E. ROCKEY, ACE COORDINATOR

USP ALLENWOOD

**Gracias**

# This Certificate of Completion

is herby given to

## ADOLFO DIAZ

on this date

MARCH 19, 2021

For the completion of the necessary requirements for

## ACE SPANISH

presented by

E. ROCKEY, ACE COORDINATOR
USP ALLENWOOD

**Hola**



National Fatherhood Initiative®

www.fatherhood.org

*Certificate of Completion*

This certifies that

**ADOLFO DIAZ**

has successfully completed the



INSIDE OUT DAD
Second Edition®

Program

Conducted on JANUARY 28, 2021

in USP ALLENWOOD EDUCATION

E. ROCKEY/

Facilitator's Name/Signature

Carlos Alcazar
Chairman of the Board
NATIONAL FATHERHOOD INITIATIVE®

Christopher A. Brown
Executive Vice President
NATIONAL FATHERHOOD INITIATIVE®

# NATIONAL PARENTING PROGRAM PHASE 1 & 2



This Certificate of Completion

is hereby given to

ADOLFO DIAZ

on this date

JANUARY 28, 2021

For the completion of the FSA Course

NATIONAL PARENTING PROGRAM PHASE 1 & 2

Presented by

E. ROCKEY, ACE COORDINATOR

USP ALLENWOOD

# PARENTING PROGRAM PHASE I

This Certificate of Completion

is hereby given to

ADOLFO DIAZ

on this date

JANUARY 27, 2021

For the completion of the FSA Course

# NATIONAL PARENTING PROGRAM PHASE I

Presented by

E. ROCKEY, ACE COORDINATOR

USP ALLENWOOD



This Certificate of Completion

is hereby given to

ADOLFO DIAZ

on this date

JANUARY 31, 2020

For the completion of the ACE Course

# VICTIM IMPACT:
# LISTEN & LEARN

Presented by

E. ROCKEY, ACE COORDINATOR

USP ALLENWOOD



This Certificate of Completion

is hereby given to

ADOLFO DIAZ

on this date

MARCH 12, 2020

For the completion of the ACE

Course

STOP THE VIOLENCE

Presented by

E. ROCKEY, ACE COORDINATOR

USP ALLENWOOD



# DRUG EDUCATION

## Certificate of Completion

Presented to:

# Adolfo Diaz

Reg. No.:   78156-054

This the 25th day of February, 2020

United States Penitentiary
Allenwood, Pennsylvania

T. Brokenshire
Drug Treatment Specialist



The Challenge Program at the
United States Penitentiary Allenwood
Recognizes
**ADOLFO DIAZ**
For Successfully Completing the
Challenge Program
May 19th 2021

Dr. C. Moore, Challenge Program Coordinator

_____, Specialty Treatment Specialist

_____, Specialty Treatment Specialist

Dr. VanderVall, Specialty Treatment Specialist



123 certificates

# Certificate of Completion

this certificate is awarded to

## Adolfo Diaz

for completion of 1 hour CRC Course

## Common Job Interview Mistakes

March 25, 2021

**USP Allenwood**

E. Rockey, ACE Coordinator



# Certificate of Completion

this certificate is awarded to

## Adolfo Diaz

for completion of 1 hour CRC Course

## Work-Life Balance

March 12, 2021

USP Allenwood

E. Rockey, ACE Coordinator



# Certificate of Completion

this certificate is awarded to

## Adolfo Diaz

for completion of 1 hour CRC Course

## 9 to 5 Beats Ten to Life

February 1, 2021

## USP Allenwood

E. Rockey, ACE Coordinator

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing

# FDIC Money Smart for Older Adults

Total Hours: 28

_A. Zppu_
Instructor signature

1/7/2021
Date

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing

# Women in the 21st Century Workplace

Total Hours: 10

_____
Instructor signature

_____
1/7/2021
Date

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Green Jobs

Total Hours: 1

J. Edwards
Instructor signature

10/8/20
Date

123Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## From Parole to Payroll

Total Hours: 3

J. Edwards
_____
Instructor signature

8/27/20
_____
Date

123 Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## 9 to 5 Beats Ten to Life

Total Hours: 1

_Edward_
Instructor signature

10/23/20
Date

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

# Barriers to Employment Success

Total Hours: 1

_Edwardo_

Instructor signature

10/23/20

Date

123Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## From Parole to Payroll

Total Hours: 3

_Edwards_
Instructor signature

8/27/20
Date

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Keys to Getting Hired

Total Hours: 1

_J. Edwards_
Instructor signature

8/19/2020
Date

123certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Digital Communication Skills: Dos and Don'ts

_Edwardo_
Instructor signature

Total Hours: 1

8/19/2020
Date

123Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Resumes, Cover Letters, & Portfolios for Ex-Offenders

Total Hours: 1

_J Edwards_
Instructor signature

7/16/2020
Date

123certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Ex-Offender's Guide to Job Fair Success

Total Hours: 1

J. Edwards
Instructor signature

7/16/2020
Date

123certificates

# *Certificate of Completion*

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Soft Skills in the Workplace

Total Hours: 1

Instructor signature

Date 7/28/2020

123Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Professionalism 101

Total Hours: 3

_J. Edwards_
Instructor signature

7/28/2020
Date

123Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing

## AARP Foundation Finances 50+

Total Hours: 5

_Instructor signature_

Date  7/24/2020

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Starting Fresh with a
## Troubled Background

_Edwards_
Instructor signature

Total Hours: 3

7/30/2025
Date

123Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Get Hired and Go Series

Total Hours: 6

_J. Edumdo_
Instructor signature

8/10/2020
Date

123certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Living Free

Total Hours: 1

_Eduardo_
Instructor signature

8/4/2020
Date

123certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Countdown to Freedom

Total Hours: 6

_Edwardo_
Instructor signature

9/2/20
Date

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Job Survival

Total Hours: 1

_Edwards_

Instructor signature

8/19/2020

Date

123Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

# Digital Media for Business Marketing

Total Hours: 2

_Edmund_
Instructor signature

7/9/2020
Date

123 Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Entrepreneurship: Be Your Own Boss

Total Hours: 1

_____
Instructor signature

7/9/2020
Date

*Certificate of Completion*

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

# Release & Reintegration Preparation

Total Hours: 1

_Eduardo_

Instructor signature

7/7/2026

Date

123 Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Life After Prison

Total Hours: 1

_E. Edwards_
Instructor signature

7/1/2020
Date

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Out For Good!

Total Hours: 1

_____
Instructor signature

_____
Date: 06-29-20

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the CRC course

## Barriers to Communication

Total Hours: 1

_Instructor signature_

Date 04-29-20

123Certificates

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

In recognition of successfully completing the ACE course

## FDIC Money Smart Self-Study

Total Hours: 33

Instructor signature

Date: 5/19/2020

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

for completion of 1 hour CRC Course

## Green Jobs

February 9, 2021

USP Allenwood

E. Rockey, ACE Coordinator

# Certificate of Completion

This certificate is awarded to

## Adolfo Diaz

for completion of 1 hour CRC Course

## Barriers to Employment

February 9, 2021

USP Allenwood

E. Rockey, ACE Coordinator

# CERTIFICATE OF COMPLETION

**This certificate indicates that:**

ADOLFO DIAZ

has completed operator training in accordance with training standards set forth in OSHA Regulation 29 CFR 1910.178 for:

## Powered Industrial Trucks

**Vehicle Type(s) Trained On:**

This certifies the above name was trained in the classroom portion

(general knowledge & safety) of powered industrial trucks.

**Trained By:** E. Rockey/ _[signature]_

**Evaluated By:** N/A

**Date of Training:** 06/09/2021

**Date of Evaluation:** N/A

07/15/2021



To whom may concern,

This letter is to confirm that Aldofo Diaz would be employed with the company upon his release. Aldofo would be hired on the position as dish washer. We are really looking forward for him to join are outstanding staff.

If you have any questions or need further information, please contact us.

I hereby Certify this above information to be true and correct based upon our official records.

Company name: Donjito Restaurant
Phone Number:  (914) 902-5486
Cel Number:    (914) 230-2031
Date:          JULY/07/2021
Address:       122 Mamaroneck Ave,
               Mamaroneck,NY,10543


Owner signature X

Dear uncle                                    Naomi

I wonder how you are doing I
miss you so much I wish I can see
you I Just want to see your face
so I can see you and when you come
out you can come stay with us if you
don't have any where to stay we can
have so much fun together we
can go ___ here I can ___
uncle time I could Just miss you and ___
spend time with you I love you so
much and miss you so much I wish
I scened you Before ___
for a long time I haven't seen
you since I was 5 years old I ___
___ love you uncle
love you and I'm ___ uncle

                    luv Naomi

LOVE
you

To whom it may concern,
08/09/2021

I Kara Barone have known Adolfo Diaz for more than ? years now. Mr. Diaz is a wonderful son, father, and amazing provider. Mr. Diaz always worked hard to provide for his family and for his single mother raising kids on her own. Mr. Diaz has been through a lot of traumatizing experiences but still managed to take care of his family. We have been counting down the days to when Mr. Diaz can return home to his family. We have been waiting so patiently for his return. His son and step-children miss him dearly. When Mr. Diaz comes home, he is more than welcome to reside at my residence. We communicate everyday and we try to make visits but unfortunatly, due to Adolfo being so far away from us, and work schedules make it very hard. I continue to wait for his return home as do the rest of the family. It will be the happiest day of our lives. Mr. Diaz helps the kids w/ homework, school and general advice. The kids look up to him so much. Please we ask that this man who has done so much time, to have forgiveness and finally be able to be home w/ his family. He has accomplished so much and achieved numerous certificates and completed programs. He has changed and is still willing to take advice and strive to be a better man.

07/15/2021

Dear Brother,

What can I say.. me and the girls miss you so much. They always talk about how they used to have so much fun with you how you used to take them to the park and buy them ice cream. You helped me raised them when I didn't have anyone but you and mami. Best part about it you potty trained Leslie before she even turned one which was great! Your such a good father, uncle, brother, friend, and son. The girls keep talking about when you come out they want to go to the park and the pool with you like old times. When you come home my doors are open for you, you can live with me as long as you want I even have a job for you lined up. Hopefully very soon we will see you & hopefully you'll like it up here. It's nice and quite. We miss you so much and can't wait till you come home & we can rebuild the memories we lost through out these years. We love and miss you so much.



Adolfo Diaz
U.S.P Allenwood
3000 P.O BOX
White DEER, PA 17887
United States

PRIORITY MAIL 2-DAY®

**US POSTAGE PAID**

Retail

$0.00

Origin: 17887
03/23/22
4192000887-08

EXPECTED DELIVERY DAY:  03/26/22

C099

0 Lb 8.80 Oz

1004



CLERK of Court US
40 Foley Square
New York NY 1000