UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ADOLFO DIAZ,
                  Defendant.

16-cr-719-5 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of pro se Defendant Adolfo Diaz's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c).  (Doc. No. 293.)  IT IS HEREBY ORDERED that, no later than April 15, 2022, the government shall submit a response to Defendant's motion.

SO ORDERED.

Dated:    March 28, 2022
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation