UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ADOLFO DIAZ,

Defendant.

16-cr-719-5 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's opposition to Defendant's motion for a sentence reduction pursuant to 18 U.S.C.§ 3582(c). (Doc. No. 296.) The court is also in receipt of an undocketed email from the government to the Court explaining the government's belated submission, which was due on April 15, 2022 (*see* Doc. No. 294) but was not filed on ECF until April 23, 2022, even though it bears the date "April 15, 2022" (Doc. No. 296 at 1). Because undocketed, ex parte communications are generally inappropriate without the permission of the Court, IT IS HEREBY ORDERED that the government shall file and docket on ECF a written submission explaining its failure to timely file its opposition to Defendant's motion. To ensure complete transparency, the Court directs the government to attach to its submission a copy of the undocketed email referenced above.

SO ORDERED.

Dated:   April 25, 2022
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation