UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   -v-<br><br>ADOLFO DIAZ,<br>                     Defendant. | 16-cr-719-5 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a pro se letter from Defendant, dated April 26, 2022 and attached to this Order, requesting additional time – "between 30-45 days" – to respond to the government's opposition (Doc. No. 296) to Defendant's motion for a sentence reduction (Doc. No. 293). Defendant's request is GRANTED. IT IS HEREBY ORDERED that Defendant shall file a reply in support of his motion for a sentence reduction no later than Friday, June 3, 2022.

SO ORDERED.

Dated:   May 3, 2022
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

To:
Richard J. Sullivan
Southern District Court
40 Foley Squar
New York, NY 10007

Date: April 26, 2022

From:
Adolfo Diaz #78156-054
United States Penitentary Allenwood
P.O. Box 3000
White Deer, PA 17887

Re: Extention of Time to Respond.

Dear Judge Sullivan,

    I, Adolfo Diaz, case #16-cr-719-RJS, am seeking an extention of time; to respond to the Government's Reply brief, to my compassionate release motion.
    Based on the current pandemic situation here; and the lockdown procedures that have been put in place; I am unable to communicate with the inmate who has been assisting me thru out my filings and this response. Thus, by me not being versed in these matters; I'm in need of legal help. Therefore, I'm pleading with the Court; to grant me an extention of time between 30-45 days. Thank you in advance for your consideration.

                                          *Adolfo Diaz*
                                      Adolfo Diaz #78156-054

*RECEIVED 2022 MAY -2 PM 4:18 CLERK'S OFFICE U.S. COURT OF APPEALS*

INMATE NAME/NUMBER: Adolfo Diaz # 78156-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD USP
P.O. BOX 3000
WHITE DEER, PA 17887

APR 2 9 2022

Legal mail
Mailed From US Penitentiary

Richard J. Sullivan
Southen District Court
40 Foley Square
New York, NY 10087

Legal mail

HARRISBURG PA 171
29 APR 2022 PM 1 L

